[No. 19605-4-III. Division Three. December 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER D. STEFFENS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-8-00485-9, Evan E. Sperline, J., entered August 21, 2000. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 19657-7-III. Division Three. December 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KIER KE'ANDRE GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-8-01030-0, Neal Q. Rielly, J., entered October 16, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.

[No. 19665-8-III. Division Three. December 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HOWARD MACLEAN II, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01852-6, Michael E. Donohue, J., entered October 25, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 26018-2-II. Division Two. December 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL KARL STOCKS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00976-0, James E. Warme, J., entered May 30, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Hunt, J.